**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JAVIER DOMINGO LOPEZ DE LEON,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-25-1538-G** |
| **MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, et al.,** | ) | |
| **Respondents.**[1] | ) | |

# ORDER

On December 22, 2025, Petitioner Javier Domingo Lopez De Leon filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241.

On July 22, 2026, certain Respondents filed a Notice (Doc. No. 13) stating that Petitioner "may be moved from his current detention location to effectuate his removal" after expiration of a 72-hour period. *Id.* at 1.

---

[1] Sirce E. Owen, Acting Director of Executive Office for Immigration Review, is hereby substituted as respondent for Daren Margolin pursuant to Rules 25(d) and 81(a)(4) of the Federal Rules of Civil Procedure. The appearing Respondents are: Markwayne Mullin, Secretary, U.S. Department of Homeland Security; U.S. Department of Homeland Security; Todd Blanche, U.S. Attorney General; Joshua Johnson, Enforcement and Removal Operations, Immigration and Customs Enforcement, Dallas Field Office Director; and Acting Director Owen.

The Court directed Petitioner to show cause why the Petition should not be dismissed as moot. *See* Order to Show Cause (Doc. No. 14). The Order advised that "failure to show cause may result in the dismissal of this action." *Id.* at 2.

As of this date, Petitioner has not filed a response, requested an extension of time to comply, or otherwise contacted the Court regarding this action.

Petitioner's release from custody and removal from the United States render his habeas claims moot. *See Mendoza Hernandez v. U.S. Dist. Ct.*, No. CIV-26-923-R, 2026 WL 1506747, at *1-3 (W.D. Okla. May 29, 2026) (R. & R.), *adopted*, 2026 WL 1791956 (W.D. Okla. June 22, 2026); *Head v. Grant*, CIV-25-1529-R, 2026 WL 861698, at *2-3 (W.D. Okla. Mar. 4, 2026) (R. & R.), *adopted*, 2026 WL 922301 (W.D. Okla. Apr. 3, 2026). Dismissal is therefore warranted, as Petitioner's "habeas challenge to his detention no longer presents a case or controversy subject to this Court's jurisdiction." *Mendoza Hernandez*, 2026 WL 1506747, at *3.

CONCLUSION

Accordingly, the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 23rd day of September, 2026.

CHARLES B. GOODWIN
United States District Judge